IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

RECEIVED
2006 OCT 31  A 11: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DALE L. JACKSON, II and
KIM JACKSON, Individually and as parents of
and on behalf of Jarrett D. Jackson, a Minor, Plaintiffs

versus                                CIVIL ACTION NO.
                                      3:06-CV-984-WKW

CASEY DUANE HARRIS and PITTS AND SONS, INC., Defendants

MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

NOW INTO COURT comes VICTOR KELLEY, an attorney at law, licensed to practice in the State of Alabama and admitted to practice before this Honorable Court, and John S. Odom, Jr., an attorney at law licensed to practice in the State of Louisiana, who move, pursuant to Local Rule 83.1 the admission *pro hac vice* of John S. Odom, Jr., to practice before this Honorable Court in the captioned case as follows:

1.

Victor Kelley has been associated to act as local counsel in the captioned case for John S. Odom, Jr., Esquire, and his clients, Dale L. Jackson, II and Kim Jackson, individually and on behalf of their minor son, Jarrett D. Jackson.

2.

Victor Kelley states to this Honorable Court that he has known and been associated with John S. Odom, Jr. for many years and knows him to be an attorney of high repute who frequently practices in jurisdictions other than Louisiana. At present,

John S. Odom, Jr. is admitted *pro hac vice* in active litigation in federal courts in California, Illinois, North Carolina and Mississippi, in addition to Louisiana.

3.

Attached hereto and incorporated herein is a Certificate of Good Standing for John S. Odom, Jr., from the Clerk of the United States District Court for the Western District of Louisiana.

4.

John S. Odom, Jr. requests that he be admitted *pro hac vice* to act as counsel for the plaintiffs in the captioned matter and certifies that he has read and will abide by the Local Rules of this Court.

WHEREFORE, undersigned counsel pray for an Order of this Honorable Court admitting John S. Odom, Jr. *pro hac vice* to practice in this Honorable Court in the captioned matter.

_____<br>
VICTOR KELLEY, ASB-5437-Y82E

VICTOR KELLEY, L.L.C.
Suite 1650
505 North 20th St
Birmingham, AL 35203
Telephone 205-244-1449
Fax 205-581-5038
E-mail: kelley@nmjg.com

_____<br>
JOHN S. ODOM, JR., LA. BAR<br>
NO. 10163 (*pro hac vice*)

JONES, ODOM, DAVIS & POLITZ, L.L.C.
2124 Fairfield Avenue
Shreveport, Louisiana 71104
Telephone 318-221-1600
Fax 318-425-1256
E-mail: john.odom@jodplaw.com



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

# CERTIFICATE OF GOOD STANDING

I, Robert H. Shemwell, Clerk of the United States District Court, Western District of Louisiana, DO HEREBY CERTIFY THAT

JOHN S. ODOM, JR.

was duly admitted to practice in said Court on December 8, 1978 and is in good standing in said Court. There have been no disciplinary actions nor are there any pending disciplinary actions with this Court.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12th day of October, 2006.

Robert H. Shemwell
Clerk of Court

by: *[signature]*
Stephanie Alvarez
Jury Administrator
Attorney Admissions

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

DALE L. JACKSON, II and
KIM JACKSON, Individually and as parents of
and on behalf of Jarrett D. Jackson, a Minor, Plaintiffs

versus                                      CIVIL ACTION NO.
                                                         3:06-cv-984-WKW

CASEY DUANE HARRIS and PITTS AND SONS, INC., Defendants

ORDER

Considering the foregoing motion, it appearing that Local Rule 83.1 has been complied with and that the fee required for admission *pro hac vice* has been paid to the Clerk of this Court,

IT IS ORDERED that JOHN S. ODOM, JR., a member of the Bar of the State of Louisiana, admitted to practice before the United States District Court for the Western District of Louisiana, is admitted *pro hac vice* in the captioned case, to practice before this Court.

Order signed in Chambers at Montgomery, Alabama, this _____ day of

_____, 2006.

                                                                        _____
                                                                        United States _____ Judge