AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____    District of    _____ Alabama _____

DALE L. JACKSON, II and KIM JACKSON,
Individually and as parents of and on behalf of
Jarrett D. Jackson, a Minor

V.

CASEY DUANE HARRIS and PITTS AND
SONS, INC.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06-CV-984-WKW

TO: (Name and address of Defendant)

Lynis B. Pitts
703 Shelton Beach Road
Saraland, Alabama 36571
    as registered agent for service of process for
    Pitts and Sons, Inc.
    1850 Shelton Beach Road East
    Saraland, Alabama 36571

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VICTOR KELLEY
VICTOR KELLEY, L.L.C.
Suite 1650
505 North 20th St
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    _Debra P. Hackett_

(By) DEPUTY CLERK

DATE    _11-2-06_

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____  District of  _____Alabama_____

DALE L. JACKSON, II and KIM JACKSON,
Individually and as parents of and on behalf of
Jarrett D. Jackson, a Minor

V.

CASEY DUANE HARRIS and PITTS AND
SONS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-CV-984-WKW

TO: (Name and address of Defendant)

CASEY DUANE HARRIS
9625 Lott Road, #3
Wilmer, AL 36571

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

VICTOR KELLEY
VICTOR KELLEY, L.L.C.
Suite 1650
505 North 20th St
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    11-2-06

CLERK                                                DATE

(By) DEPUTY CLERK