IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| DALE L. JACKSON, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-984-WKW |
| | ) | |
| CASEY DUANE HARRIS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the Motion for John S. Odom, Jr. to Appear Pro Hac Vice (Doc. #2) filed on October 31,2006, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 3rd day of November, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE