| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery 11/4/06 |
| 1. Article Addressed to:<br><br>Casey Duane Harris<br>9625 Lott Road #3<br>Wilber, Alabama  36571 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:06CV 984<br>S+C    (20) |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0004 0747 5046 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540