| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery   11/7 |
| 1. Article Addressed to:<br><br>Pitts & Sons, Inc.<br>c/o Lynis B. Pitts<br>703 Shelton Beach Road<br>Saraland, Alabama 36571 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3:06CU984<br>S+C    (20) |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☒ Yes |
| 2. Article Number<br>  (Transfer from service label)    7003 3110 0004 0747 5039 | |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540