IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DALE L. JACKSON, II, and KIM JACKSON, Individually and as Parents of and on behalf of Jarrett D. Jackson, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> CASEY DUANE HARRIS and PITTS AND SONS, INC., <br><br> Defendants. | Case Number: 3:06-cv-984-WKW |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties in the above captioned matter, and represent that this matter has been settled and move that this Honorable Court dismiss this suit with prejudice.

Respectfully submitted this 29th day of November, 2007.

_____
JOHN S. ODOM, JR.
VICTOR KELLEY
Attorneys for Plaintiffs

OF COUNSEL:

JONES, ODOM, DAVIS & POLITZ, L.L.C.
2124 Fairfield Avenue
Shreveport, LA 71104
Telephone: (318) 221-1600
Facsimile: (318) 425-1256

VICTOR KELLEY, L.L.C.
Suite 1650
505 North 20th Street
Birmingham, AL 35203
Telephone: (205) 244-1449
Facsimile: (205) 581-5038

_____
D. MITCHELL HENRY
Attorney for Defendants Casey Duane Harris
and Pitts and Sons, Inc.

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: 334-264-9472
Facsimile: 334-264-9599

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DALE L. JACKSON, II, and<br>KIM JACKSON, Individually and as<br>Parents of and on behalf of Jarrett D.<br>Jackson, a minor,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CASEY DUANE HARRIS and<br>PITTS AND SONS, INC.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case Number: 3:06-cv-984-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is hereby ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice with each party to bear its own costs.

DATED this the ____ day of _____, 2007.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE


cc:　John S. Odom, Jr.
　　　Victor Kelley
　　　D. Mitchell Henry